UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT SAMUELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-535-TWP-MPB |
| | ) |
| SHANE B. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## Acknowledgment of Dismissal

The parties having filed their Stipulation to Dismiss, the Court acknowledges that this case has been DISMISSED, without prejudice, with each party to pay their own costs, including attorneys' fees.

Date: 6/14/2023

*[signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

To: All ECF-registered counsel of record